CASE 0:15-md-02642-JRT   Document 2   Filed 08/26/15   Page 1 of 5
Case 3:15-cv-01555-VC   Document 32   Filed 08/26/15   Page 1 of 5
Case MDL No. 2642   Document 67   Filed 08/26/15   Page 1 of 5

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2642

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_F.Supp.3d\_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 26, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in  5  sheet(s) of the electronic record filed on _____ in the United States District Court for the District of Minnesota.
CERTIFIED, 8/26, 2015.
BY: RICHARD D. SLETTEN
    Deputy Clerk

CASE 0:15-md-02642-JRT Document 2 Filed 08/26/15 Page 2 of 5
Case 3:15-cv-01555-VC Document 32 Filed 08/26/15 Page 2 of 5
Case MDL No. 2642 Document 67 Filed 08/26/15 Page 2 of 5

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION

MDL No. 2642

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 15-01186 | Ricker et al v. Bayer Healthcare Pharmaceuticals Incorporated et al  15cv3368 JRT |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 15-04210 | Kyle Richardson v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3370 JRT |
| CAC | 5 | 15-01232 | Kimberly A. Isaiah v. Bayer Healthcare Pharmaceuticals Inc., et al.  15cv3371 JRT |
| CAC | 8 | 15-00868 | Mateo Emiliano Lopez v. Bayer HealthCare Pharmaceuticals Inc et al  15cv3372 JRT |
| CAC | 8 | 15-00964 | Diane Stanbridge Willey v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3373 JRT |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 15-00361 | Breene v. Johnson & Johnson et al  15cv3374 JRT |
| CAE | 1 | 15-00525 | Felicita Cortez v. Johnson & Johnson et al  15cv3375 JRT |
| CAE | 1 | 15-01166 | Phoenix v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3377 JRT |
| CAE | 2 | 15-01579 | Hensley v. Johnson & Johnson et al  15-3378 JRT |
| CAE | 2 | 15-01612 | Dyer v. Johnson & Johnson et al  15-3379 JRT |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 15-01555 | Goldbaum v. Johnson & Johnson et al  15cv3380 JRT |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 15-00513 | Armenta v. Johnson & Johnson et al  15cv3381 JRT |
| CAS | 3 | 15-01329 | Kirkwood v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3382 JRT |
| **COLORADO** | | | |
| CO | 1 | 15-01169 | Hanson v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3383 JRT |

CASE 0:15-md-02642-JRT   Document 2   Filed 08/26/15   Page 3 of 5
Case 3:15-cv-01555-VC   Document 32   Filed 08/26/15   Page 3 of 5
Case MDL No. 2642   Document 67   Filed 08/26/15   Page 3 of 5

| | | | |
|---|---|---|---|
| CO | 1 | 15-01177 | Sanchez v. Johnson & Johnson et al  15.3384 JRT |
| CO | 1 | 15-01562 | Chan v. Johnson & Johnson et al  15.3385 JRT |
| CO | 1 | 15-01564 | Gale-Goldberg v. Johnson & Johnson, et al  15.3386 JRT |
| CO | 1 | 15-01567 | Monahan v. Johnson & Johnson et al  15.3387 JRT |

**CONNECTICUT**

| | | | |
|---|---|---|---|
| CT | 3 | 15-01046 | Morales v. Johnson & Johnson et al  15.3388 JRT |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 2 | 15-00376 | Webb v. Johnson & Johnson et al  15cv3389 JRT |
| FLM | 2 | 15-00411 | Green v. Johnson & Johnson et al  15cv3390 JRT |
| FLM | 5 | 15-00330 | Kaplan v. Johnson & Johnson et al  15cv3391 JRT |
| FLM | 6 | 15-00892 | Scribano v. Johnson & Johnson et al  15cv3392 JRT |
| FLM | 8 | 15-01269 | Mandel v. Bayer Healthcare Pharmaceuticals, Inc. et al |
| FLM | 8 | 15-01352 | McRae v. Johnson & Johnson et al 15.3394  /15cv3393 |
| FLM | 8 | 15-01391 | Searcy v. Bayer Corporation et al  15.3395 / JRT |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 15-61189 | Wolf v. Johnson & Johnson et al  15.3396 JRT |

**GEORGIA NORTHERN**

| | | | |
|---|---|---|---|
| GAN | 1 | 15-02652 | Flanagan v. Bayer Corporation et al  15.3397 JRT |
| GAN | 1 | 15-02653 | Rodgers v. Johnson & Johnson et al  15.3398 JRT |
| GAN | 2 | 15-00133 | Lewis v. Johnson & Johnson et al  15.3399 JRT |
| GAN | 2 | 15-00159 | Krebs et al v. Johnson & Johnson et al  15.3400 JRT |
| GAN | 3 | 15-00120 | Schwoebel v. Bayer Healthcare Pharmaceuticals, Inc. et al  15.3401 JRT |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 15-04933 | Hobbs v. Bayer Healthcare Pharmaceuticals, Inc. et al 15.3402 |
| ILN | 1 | 15-06530 | Kaferly v. Bayer Healthcare Pharmaceuticals, Inc. et al 15.3403 |
| ILN | 1 | 15-06533 | Gustafson et al v. Johnson & Johnson et al  15.3404 JRT |

**IOWA NORTHERN**

| | | | |
|---|---|---|---|
| IAN | 3 | 15-03131 | Lundberg v. Johnson & Johnson et al  15.3405 JRT |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 6 | 15-01226 | Perkins v. Johnson & Johnson et al  15.3406 JRT |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 15-02570 | Phillips v. Bayer Healthcare Pharmaceuticals, Inc. et al  15.3407 JRT |

**MASSACHUSETTS**

CASE 0:15-md-02642-JRT   Document 2   Filed 08/26/15   Page 4 of 5
Case 3:15-cv-01555-VC   Document 32   Filed 08/26/15   Page 4 of 5
Case MDL No. 2642   Document 67   Filed 08/26/15   Page 4 of 5

| | | | |
|---|---|---|---|
| MA | 1 | 15-13014 | Rindini et al v. Johnson & Johnson et al   15cv3408 JRT |

**MISSISSIPPI NORTHERN**

| | | | |
|---|---|---|---|
| MSN | 1 | 15-00103 | Talley v. Johnson & Johnson et al   15cv3409 JRT |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 2 | 15-00084 | Clark v. Johnson & Johnson et al   15cv3410 JRT |

**MISSOURI WESTERN**

| | | | |
|---|---|---|---|
| MOW | 4 | 15-00519 | Smith v. Johnson & Johnson et al   15cv3411 JRT |

**NEW MEXICO**

| | | | |
|---|---|---|---|
| NM | 1 | 15-00468 | Taylor v. Bayer Corporation et al   15cv3412 JRT |

**OKLAHOMA NORTHERN**

| | | | |
|---|---|---|---|
| OKN | 4 | 15-00362 | Stephens v. Johnson & Johnson et al   15cv3413 JRT |

**OKLAHOMA WESTERN**

| | | | |
|---|---|---|---|
| OKW | 5 | 15-00647 | Moll v. Johnson & Johnson et al  15cv3414 JRT |
| OKW | 5 | 15-00698 | Spaan v. Johnson & Johnson et al  15cv3415 JRT |

**OREGON**

| | | | |
|---|---|---|---|
| OR | 6 | 15-01394 | Wasner et al v. Bayer Healthcare Pharmaceuticals Inc. et al   15cv3416 JRT |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 2 | 15-03636 | HENNESS et al v. JOHNSON & JOHNSON et al  15.3417 |
| PAE | 2 | 15-03733 | MURPHY v. JOHNSON & JOHNSON et al  15.3418 |
| PAE | 2 | 15-03734 | VASQUEZ v. JOHNSON & JOHNSON et al  15.3419 JRT |
| PAE | 2 | 15-04135 | KAUR v. JOHNSON & JOHNSON et al  15.3420 JRT |

**PENNSYLVANIA MIDDLE**

| | | | |
|---|---|---|---|
| PAM | 3 | 15-01260 | Olsommer v. Johnson & Johnson et al   15.3421 JRT |

**VERMONT**

| | | | |
|---|---|---|---|
| VT | 5 | 15-00118 | Lynch v. Johnson & Johnson et al   15.3422 JRT |

**VIRGINIA EASTERN**

| | | | |
|---|---|---|---|
| VAE | 1 | 15-00949 | Antone v. Johnson & Johnson et al   15.3423 JRT |

**WASHINGTON WESTERN**

CASE 0:15-md-02642-JRT   Document 2   Filed 08/26/15   Page 5 of 5
Case 3:15-cv-01555-VC   Document 32   Filed 08/26/15   Page 5 of 5
Case MDL No. 2642   Document 67   Filed 08/26/15   Page 5 of 5

| | | | |
|---|---|---|---|
| WAW | 3 | 15–05511 | Lightle v. McKesson Corporation et al |

15cv3424 JRT

**WEST VIRGINIA SOUTHERN**

| | | | |
|---|---|---|---|
| WVS | 2 | 15–07638 | Hatfield v. Bayer Healthcare Pharmaceuticals, Inc. et al 15-3425 |
| WVS | 5 | 15–11546 | Paynter v. Bayer Healthcare Pharmaceuticals Inc.   JRT |

15-3426 JRT

**WISCONSIN EASTERN**

| | | | |
|---|---|---|---|
| WIE | 1 | 15–00691 | Meyer v. Johnson & Johnson Services Inc et al |

15-3427 JRT